1  NEWPORT TRIAL GROUP
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@trialnewport.com
3  James B. Hardin, Bar No. 205071
   jhardin@trialnewport.com
4  Victoria C. Knowles, Bar No. 277231
   vknowles@trialnewport.com
5  895 Dove Street, Suite 425
   Newport Beach, CA 92660
6  Tel: (949) 706-6464
   Fax: (949) 706-6469
7  Attorneys for Plaintiff

8

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

9                  UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11  TAREK FATTAL, individually, and on          Case No. 2:12-cv-07460-RGK (FMo)
    behalf of all others similarly situated,
12
                                                PROPOSED ORDER RE REQUEST
13              Plaintiff,                       FOR VOLUNTARY DISMISSAL

14         vs.

15  KING FISHER MEDIA, LLC; and DOES            Complaint Filed:  March 12, 2012
    1-25, Inclusive,                            Removal Date:     August 30, 2012
16
                Defendants.

17        The Court, having considered the concurrently filed Request for Voluntary

18  Dismissal filed by Plaintiff Tarek Fattal on September 28, 2012, finds that this action

19  should be dismissed with prejudice as to Plaintiff's claims and without prejudice to the

20  class.

21

22  JAN - 3 2013

23                                              _____
                                                United States District Judge
24

25

26

27

28

-1-