NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
Attorneys for Plaintiff

Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAREK FATTAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KING FISHER MEDIA, LLC; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. 2:12-cv-07460-RGK (FMo)<br><br>PROPOSED ORDER RE REQUEST FOR VOLUNTARY DISMISSAL<br><br>Complaint Filed: March 12, 2012<br>Removal Date: August 30, 2012 |

The Court, having considered the concurrently filed Request for Voluntary Dismissal filed by Plaintiff Tarek Fattal on September 28, 2012, finds that this action should be dismissed with prejudice as to Plaintiff's claims and without prejudice to the class.

JAN - 3 2013

_____
United States District Judge

- 1 -